UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                                                Chapter 13
Ronald A. Passalugo                                          Case Number 18-12123
                                                                      Honorable Joan N. Feeney

      Debtor

_____/

**ORDER RE: MOTION OF WELLS FARGO BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 AND 11 U.S.C. § 1301**

      Wells Fargo Bank, N.A., by and through its attorneys, Orlans PC having filed for Relief From Stay regarding real property known and numbered as 35 Ironside Drive, Barnstable, MA 02668 a/k/a 35 Ironside Drive, West Barnstable, MA 02668 notice having been given and good cause appearing therefore, it is hereby ORDERED that the Motion of Wells Fargo Bank, N.A. for Relief From Stay is allowed and Wells Fargo Bank, N.A. is granted relief from the automatic stay pursuant to 11 U.S.C. §362(d) and 11 U.S.C. §1301(c) so that it, and its successors and assigns, may proceed to exercise its rights pursuant to the Note and Mortgage dated September 29, 2005 and recorded with the Barnstable County Registry of Deeds at Book 20329, Page 114 in accordance with applicable state and federal law and to commence a summary process action against occupants of that property. Entry of this Order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(3). This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

      At _____ this _____ day of _____, 2018.

                                                            */s/ Joan N. Feeney*    11/14/2018
                                                     Honorable Joan N. Feeney
                                                     U.S. BANKRUPTCY JUDGE